■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS KELLY, Appellant. [924 NYS2d 812]—

Appeal by the defendant from a resentence of the Supreme Court, Kings County (Carroll, J.), imposed March 19, 2010, pursuant to CPL 440.46, upon his conviction of criminal possession of a controlled substance in the third degree and criminal possession of a controlled substance in the fourth degree, which

sentence was originally imposed, upon a jury verdict, on December 16, 1997.

Ordered that the resentence is affirmed.

The Supreme Court providently exercised its discretion in resentencing the defendant to a determinate term of imprisonment of nine years with three years of postrelease supervision on the conviction of criminal possession of a controlled substance in the third degree, and a concurrent determinate term of imprisonment of five years with three years of postrelease supervision on the conviction of criminal possession of a controlled substance in the fourth degree (*see People v Newton*, 48 AD3d 115, 119-120 [2007]). Under the circumstances of this case, a reduction of the resentence is not warranted (*see People v Tutt*, 82 AD3d 1273 [2011]; *People v Almanzar*, 43 AD3d 825, 826 [2007]; *People v Suitte*, 90 AD2d 80 [1982]). Rivera, J.P., Skelos, Hall and Austin, JJ., concur.